755 A.2d 663

Raymond J. BRITTON, Jr., Appellant,

v.

PENNSYLVANIA BOARD OF PROBATION & PAROLE, Pennsylvania Department of Corrections, Appellees.

No. 15 M.D. Appeal Docket 2000.

Supreme Court of Pennsylvania.

April 14, 2000.

## ORDER

PER CURIAM.

AND NOW, this 14th day of April, 2000, probable jurisdiction is herewith noted and the order appealed is affirmed.